# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GALE KEITH GEMBER,** | **CASE NO. 4:07CV3266** |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| **CITY OF LINCOLN, NEB. and LINCOLN AREA AGENCY ON AGING,** | |
| Defendants. | |

This matter is before the court on its own motion. On February 13, 2008, the court entered an order dismissing claims and directing Plaintiff to file an amended complaint no later than March 14, 2008. (Filing No. 6.) The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. (*Id.* at CM/ECF p. 3.) Plaintiff has not filed an amended complaint or any other response to the court's order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 2nd day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge